IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HENRY and BRENDA TOBER, h/w<br>Plaintiff<br><br>vs.<br><br>CLIENT SERVICES, INC.<br>Defendant | CIVIL ACTION<br><br><br><br>NO. 08-3494 |
|---|---|

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, HENRY and BRENDA TOBER, h/w pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111
215-745-9800